

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2014

No. 04-14-00155-CV

**EX PARTE** Wiley **SMITH**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On March 6, 2014, this court received relator's pro se petition for writ of habeas corpus. The court has considered relator's petition, and record materials received from the trial court, and has determined that relator's petition is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 11, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1991-EM5-01082, styled *In the Interest of A.S.G., Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe Jr. presiding.